UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JIANZHENG ZHAO and SHULING ZHOU,<br><br>Plaintiffs,<br><br>v.<br><br>CHAD F. WOLF, Acting Secretary of the Department of Homeland Security, et al.,<br><br>Defendants. | C20-639 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The parties' stipulated motion, docket no. 7, is GRANTED, and the deadlines for (i) defendants to file a responsive pleading or motion, and (ii) the parties to file a Joint Status Report are both EXTENDED to August 14, 2020.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 4th day of June, 2020.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 1